UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN R. GILL,<br><br>                  Petitioner,<br>     v.<br><br>ISIDRO BACA, *et al.*,<br><br>                  Respondents. | Case No. 3:18-cv-00180-MMD-VPC<br><br>ORDER |

    Petitioner has paid the filing fee. The Court has reviewed his motion for relief from the judgment. Petitioner is challenging the validity of his custody pursuant to a judgment of conviction of a state court. His sole procedure for relief is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. 28 U.S.C. § 2254(a). Petitioner will need to file a petition for a writ of habeas corpus on the Court's form.[1]

    It therefore is ordered that the Clerk of the Court must send Petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions. Petitioner has thirty (30) days from the date that this order is entered in which to file a petition. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28

---

[1] Petitioner challenged the validity of the same judgment of conviction in an earlier action in this Court, 3:14-cv-00628-MMD-WGC. On February 27, 2018, he moved to dismiss that action so that he could exhaust his claims in state court. If the current action is Petitioner's attempt to exhaust those claims, then he has commenced the action in the wrong court. He should have filed a habeas corpus petition in the correct state district court.

U.S.C. § 2244(d)(1) and timely asserting claims. Failure to comply with this order will result in the dismissal of this action.

It further is ordered that Petitioner must place the case number, 3:18-cv-00180-MMD-VPC, in the space provided on the form.

It is further ordered that the Clerk add Adam Laxalt, Attorney General for the State of Nevada, as counsel for Respondents.

It is further ordered that the Clerk electronically serve upon Respondents a copy of the petition and this order. Respondents' counsel must enter a notice of appearance herein within twenty (20) days of entry of this order but no further response is required from Respondents until further order of the Court.

DATED THIS 13th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE