UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEVIN R. GILL, | Case No. 3:18-cv-00180-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

The Court directed Petitioner to file a habeas corpus petition on the Court's form. (ECF No. 9.) Petitioner has not filed anything in this action within the allotted time. However, in an earlier but now closed action, *Gill v. Baca*, 3:14-cv-00628-MMD-WGC ("*Gill I*"), Petitioner filed a motion for stay and abeyance and an alternative motion to dismiss without prejudice. In a separate order filed in *Gill I*, the Court will deny those motions as moot because the Court already has dismissed *Gill I* at Petitioner's request. It is possible that Petitioner intended to file the motions in this action but put the case number of *Gill I* on the motions. The Court will give Petitioner additional time to file a habeas corpus petition and, if he wants, the motion for stay and abeyance and the motion to dismiss.

It is therefore ordered that Petitioner will have thirty (30) days from the date this order is entered to file a petition for a writ of habeas corpus on the Court's form, as stated in the Court's August 13, 2018 order (ECF No. 7).

///

///

///

It is further ordered that Petitioner will also have thirty (30) days from the date this order is entered to file a motion for stay and abeyance and alternative motion to dismiss without prejudice. Petitioner must clearly write the case number for this action, 3:18-cv-00180-MMD-CBC, on the first page of the motions.

DATED THIS 3rd day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE